DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. PEVIA

No. 316P82.

Case below: 56 N.C. App. 384.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

## STATE v. ROMERO

No. 145P82.

Case below: 56 N.C. App. 48.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

## STATE v. RUSH

No. 311P82.

Case below: 56 N.C. App. 787.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

## STATE v. SURGEON

No. 239P82.

Case below: 56 N.C. App. 632.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

## STATE v. WATSON

No. 213P82.

Case below: 51 N.C. App. 248.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.